**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Omega Overseas Partners, ltd., et al.,
Derivatively on behalf of Tetragon Financial Group Limited,

                        Plaintiffs,            13 **CIVIL** 4202 (RJS)

      -against-                               **JUDGMENT**

Reade Griffith, et al.,
                        Defendants.
------------------------------------------------------------X

Defendants' having moved to dismiss pursuant to Fed. R. Civ. P. 9 (b), 12(b)1, 12(b)(2),12(b)(6) and 23.1 and 28 U.S.C. §§ 1367( c) 1746 and , and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on August 7, 2014, having rendered its Opinion and Order granting Defendants' motion to dismiss Plaintiffs' federal claim and dismissing all of Plaintiffs' non-federal claims lack of jurisdiction, directing the clerk f court to terminate all motions and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2014, Defendants' motion to dismiss is granted and all of Plaintiffs' non-federal claims are dismissed for lack of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
          August 11, 2014

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**